**Victor Manuel MENDOZA,**
**Plaintiff–Appellant**

v.

**UNITED STATES of America,**
**Defendant–Appellee.**

**No. 13–50369**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 13, 2014.

Victor Manuel Mendoza, Big Spring, TX, pro se.

Before HIGGINBOTHAM, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The judgment of the District Court is affirmed for essentially the reasons stated in its Memorandum Opinion and Order Dismissing Plaintiff's Complaint and for the additional reason that the Complaint is a collateral attack of Plaintiff's judgment of conviction upon his plea of guilty for violation of 21 U.S.C. § 841, 846 and is

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.